Rocky [illegible], CCC — To the US DRCl. Clc
@ 515 Ruth Harbor [illegible]

To the Clerk on CC + Judge

1.) I don't know what I'm doing well I file, But my Complaint is here there full.

2.) I've Filed Prior Complaints, But they Really ALL were the same Complaint i.e. they All Are the Same CCC or Conspiracy i.e. it's this Complaint

Please give this Notice to the Judge as well.

It's a Lively Conspiracy + Crime and I am being Victimized daily

18 USCS 241-242 + 1512 + 1513 + 2340

United States Courts
Southern District of Texas
FILED

MAR 23 2022

Nathan Ochsner, Clerk of Court

Rocky Armas Cee _____ In the US Dist Ct @
515 Rusk Hou Tx. 77002

## Cert. of Svc for CL 2-12-22 (2 Pages)

I Rocky Armas Swear under Penalty of Perjury
that the above Named docs, and the foregoing
copy herein Are TRUE And Correct
copys of Enclusers I've Made to A
Correspondence Agent & Will keep try.

I Do have the Original do w/ Some
Missing Pages. Starting at Approx #20.

But this other copy, I made the 1st
To on the town, is True and correct.
I made it to Send to A Friend who
Is A Police Detective In Fort Bend County.
But the letter with her copy was Unjustly
Returned to me yesterday. (Ref Entry #26)
All entries are true and correct to
my knowledge. There may be @ loss with errors,
But If they are listed as such, they were

My signature is my Notory

Ps. I've received Absolutely No Replys
To Any of these of the over 100
I sent Prisoner.    Rocky A_____ 3-18-22
                    Rocky Armas

As per 4/2 USCS 1981

Rocky travis  CCH                In the US dist. Crt @
                                  515 Rusk, Houston Tx. 77002
          06-242-22           P. 1 or 2
     Pub - Mays @ 7:05 Pm

| # | Entry | Date |
|---|---|---|
| 1) | US DOJ - IA Only   950 Pennsylvania Ave. NW Washington DC | 3-12-22 |
| 2) | ↓ PUB Rolle 5:45 Pm | 2-9-22 |
| 3) | ↓ Pub Kitiyewa  8:48 Pm | 2-10-22 |
| 4) | The Clerk of the 248th Ct.  1201 Franklin Houston Tx 77002 | 2-15-22 |
| 5) | Dept. of Homeland Sec.  Washington D.C.  Pub Kitiyewa - 8:25pm | 2-15-22 |
| 6) | US DOJ RA Sec. cs #1  Rolle 6:45 Pm | 2-9-22 |
| 7) | US DOJ IA ONLY @ scene | 2-14-22 |
| 8) | Clerk of th. 248th Ct. Scene #4 Herrinon @ 10:52 Am | 2-15-22 |
| 9) | ↓ Herrison 10:52 Am | 2-15-22 |
| 10) | US DOJ IA only scene Herrison 10:57 Am | 2-17-22 |
| 11) | ↓ Herrison | 2-17-22 |
| 12) | ↓ Kitiyewa 11:54 Pm | 2-18-22 |
| 13) | ↓ Guard I've Never Seen | 2-18-22 |
| 14) | ↓ Kitiyewa 9:26 Pm | 2-19-22 |
| 15) | Hisp. Muscled guard w/glasses | 2-21-22 |
| 16.) | Clerk of th 248th Ct. Scene Herrison 12:10pm | 2-22-22 |
| 17) | US DOJ IA ONLY - Werren 5-15 Pm | 2-23-22 |
| 18) | Clerk of the 248th Ct. Mays @ 11:02 Pm | 2-22-22 |
| 19) | VOID | |
| 20) | DOJ IA ONLY. Scene Werren 5:15 pm | 2-23-22 |
| 21) | ↓ R. DIAZ 4:20 Pm | 2-24-22 |
| 22) | Judge (Hillery Unger) 248th Ct. 1201 Franklin Houston TX 77002  Schines 6:51pm | 2-24-22 |
| 23) | ↓ scene 12:12 Pm | 2-25-22 |
| 24) | US DOJ IA - Male guard - 4:22 pm | 2-25-22 |
| 25) | City Council member Tony Carbone  HAYES  @ Pearland City Town Hall Pub Unknown guard @ 12:12 Pm | 2-26-22 |
|   | Review Cu | 3-18-22 |

#51) Church Grievance Handwritten       3-15-22
     32TAC 283.3 - Sent-cc 11:52pm
                                    P. Zoda
26) Detective Brooks Lowell Gage        2-26-22
    @ Fort Bend Co. Sheriffs Office  12:12 PM
27) VOID
                          1201 Franklin
28) Crim. Ct. Conviction  Hou. tx. 77002    2-26-22
Hayes               1201 Franklin
5:45pm 29) The Clerk on the 248th Ct Hou.tx.77002  2-26-22
30) To US DOJ IR ONLY Ardoin 11:45pm approx 2-26-22
31) USDOJ IA-sent-                    Approx 2-26-2 & 28-22
                                 @ the White House
32) Office of President Jo Biden Pencylvania Ave West DC ↓
33) USDOJ R/ONLY-sent                   3-2 & 3-22
34)  ↓   Ung 6:30 PM                    3-3-22
35)      R. DIAZ   2:15 PM              3-4-22
                    Wellington DC
@4:51pm 36) Pete Howland Sec. Said New West "Morales"  3-4-22
                10 Justice Drive
37) FBI IR ONLY Hou tx.   Morales 4:51 PM  3-4-22
               950 Pencyluia Ave
38) USDOJ IA only New West DC            3-5-22
    PUB By Fierro @ 5:12pm
39) The Clerk on the 248th Ct sent-Oberson 3:50pm 3-7-22
                    1201 Franklin
40) Judge on the 248th Hou.tx 77002 Oberson 350pm 3-7-22
                  515 Rusk
41) USDIST Ct Hou.tx 77002  Oberson 350pm    3-7-22
                         Well DC
42) Dept of Homeland Sec. Pizzano 502pm     3-8-22
43) USDOJ IA  Pizzano 3:19 PM               3-8-22
44) @5 ↓  Pizzano  5:02 PM                  3-8-22
                    1First Street
45) To US SCOTUS NE well DC           NOT SENT YET
46) 248hct Judge Pub J DAVILA 11pm       3-10-22
47) The Clerk of the 248h J. DAVILA 11pm  3-10-22
48) 1) Reg Vote OID (scan) 2) Grievance board No Pick Recv
49) Judge of 248hct Ch. Grimble @ 3pm      3-11-22
50) USDist Ct Sgt William 4:00 PM          3-11-22
                             Rochester  3-18-22

Rocky Annas Case _____ In the 24th (TX SD) Houston 6678 +
the United States Dist. Ct. @ 515 Rusk
Houston Tx. 77002

Certificate of Svc. for
doc. Harris County Inmate Grievance 3-15-22
(Cs Per 37 TAC 283.3)

I Rocky Annor Swear under the Penalty of Perjury, that the above named document was Copied By Hand, (a true and correct coppy) contained only Slight Interpolatory & Editorial differences, Preserving all Idea's + Points. And was sent to the "Inmate Grievance Board" @ Harris Co. Sheriff's Office on 3-15-22 And was given by Me directly to CO Selvis (Lithgey) @ 11:55 Pm To Be delivered. (It was sent in a Plain white envelope W/ one Stamp. "Legal Notice" "Contains Report of Crime" Clearly Written on the envelope.)  My Signature is My Notary Making this A legal And Binding Document Under Authority of 42 USCS 1981

Rocky a          3-16-22
Rocky Annor     date

And on _____ @ _____ it was Sent to The United States Dist Ct. @ 515 Rusk Houston TX. 77002  Picked Up at Above Stated Time By Co. _____, It Was Sent in a _____ envelope W/ _____ Postage Stamp Under 42 USCS 1981 / My Signature Makes this a Binding Legal Statement      Rocky a

Rocky Anall
37 TAC
283.3
P. 1 of 6

Case #4:22-cv-____ In the US Dist. Crt of Harris Cnty.

Legal Notice: This is a Binding Legal Charging Instrument (By Authority of the 14th Amendment)

# HARRIS COUNTY JAIL INMATE GRIEVANCE
(As Per 37 TAC. 283.3)

If You Look At ALL of My Inmate Grievances And Requests You Will See I've Complained frequently About Guards & 'Inmates' Working Together In Conspiracy to Commit Crimes Against Me, Including:

\*(1) – Retaliation/Obstruction/Witness Tampering (18 USCS 1512-13 & Tex Pen C 36.05-36.06)

\*(2) MAIL CRIMES (18 USCS 1701-1702 + 1708-1709)

\*(3) Sexual Harassment/Humiliation

\*(4) Unjust Punishments / W/out Cause / Retaliatory

\*(5) Covert druggings, &

\*(6) Unconsented Human Experimentation Involving "DIRECTED ENERGY"

(See the Many US District Court Cases Filed for Unconsented Human experiments involving DIRECTED Energy). And More,

(I Can explain In Detail How I Know Guards Have Conspired w/ the Inmates, In Order to Accomplish their Crimes.)

And You Should Know, This IS AN ONGoing Conspiracy (Tex Pen C. 15.02) I Reported Being Held Hostage In My Own Home, & Tortured for 3 days, In 2015, As well In the Subsequent Wrongful Prosecutions Gotten By Abuse of Process Being further Tortured (18 USCS 2340 & 42 USCS 2000dd) This Current Process

Rocky Ann's Peter R. Cofé
TAC
283.3

As Included In Hch.

I've Made Report of Much of these Crimes on the Witness Stand, In 3 different Courts, as well to Entities like the FBI (which I can provide audio recordings of the calls). By 18 USCS 1513 definitions, these Reports do Qualify me As A "Federal Informant" Entitled By law to Certain Protections. the Jail staff, As leaving me In Regular "Sex-offender" Population So that I can Be Covertly Harassed + further Victimized By Conspirators. I've Already Been Assaulted By Inmates 3 Times, And By Guards 2-3 times As well. And only for My Having exercised My Right to Report Crimes Against Me. And Further You Have Violated 32 TAC 283.3 (Inmate Grievance Plan) By:

* (1) Telling me that Certain of My Grievances were Not Grievances, (or Just Not Filing Them) that actually were serious concerning actual Criminal acts (32 TAC 283.3 (2)(B))

* (2) - As Per 32 TAC 283.3 (4) You Never Provided for expiditious Handling of "emergency grievances" that could (and did) Result In Injury to me. (more than once)

* (3) And as Per (32 TAC 283.3 (5)) You Never Provided Any "Safeguards" to Prevent Reprisals Against me, In Resolution of grievances. And this Resulted In (a) Assaults

Rocky Hands,
37 TAC
283.3 (3) (e)(F)

Pg. 30 of 6

(B) Thefts (of Legal Work + Commissary) (C) Harrassment (D) Retaliations (E) Obstructions (F) Sexual Harrassment + Sexual Humiliations (G) And Other More Heinous Crimes

*(4) (G) (5) As Per 37 TAC 283.3 (3) Concerning a Particular Grievance I filed on M-X-I, and that I Did Did Appeal, I've Never Recieved Any Response (written) to that Appeal.

Why, Am I Being denied equal Rights And Protections of Law (as the Other Civica Allowed? (18 USCS 241-242 + the 14th Amendment to the U.S. Const. Article 6 of the Articles of Federation. Tex Pen C 36.06 + 36.05 + 18 USCS 1512-1513 + 1701-1702 + 1708-1709)

I also went to Make Complaint that My Legal MAIL to the Dept. of Justice is still (seemingly) Being stolen. All last Month I sent a letter Per day To the DOJ (I missed a day some Times But I Made Up for It By Sending 2 a day sometimes. In almost all of the letters I did Request A Speedy Response, to Prove or Disprove My Claim of Mail Crime. (18 USCS 1701 + 1702 + 1708 + 1709), and on all of them (on the envelope I made Note, that Because they Reported Crime that they were to be Considered Priority, And Must Be Rushe delivered) Because of Legal Status, and Its addressed Recipient. And the Content of the Letters

Rocky Annex @TDCJ 37 TAC §§
37 TAC 283.3  P.4 of 6

They should Have taken No longer than 1 week
to Roll their destruction @ 950 Pensylvania
Ave. N.W. Washington D.C. (and No More)
Then Aprox 1 week for me to Receive my Response.
It's Been over A month Since the first was
Sent — I do Have Hand copies of Some,
w/ certificates of Service And Unsworn
Declarations.

Also, the Food Tampering / Drugging a Person.
It Had stopped w/ the Chow trays, and
Only for the most part persisted w/ my
commissary items. But over the last week
or Two, I Have Bought consumable Food from
commissary, (except 2 Bags of Firebell candy)
So I'm CSSing Thats why the Chow trays
Have Begun to Be tampered w/ again.
I can tell By the taste of the foods,
and By the effects/symptoms. Small glob of
spit at the corners of my mouth. Feeling
"Down", Blurred vision, etc...
All signs of Druggings w/ Psyche med
or other. I was feeling Better for
Aprox A week, Since I Had stopped eating
the commissary and ~~But the Past 2 or~~
~~3 days~~ ~~When~~ (By feeling Better I
Mean Not Drugged.) But over the
Past 2 or 3 days these effects

Rocky Annor    37 TAC 283.3 P.5 of 6

Have Been Present When I eat the Chows
         and Note the Sealed Cooked Pecks.
I Eat the cooked w/ a spoon. (It Reminds
me of the Powdered Candy I ate as child.)
It often taste like Chemical or drug.
(Particularly towards the Bottom of the
Powder B/bag.) It doesn't always But
does often.

       I Rocky Annor do Swear Under Penalty
Of Perjury to the truth of the Above and
Foregoing document to the Best of my knowledge.
And I Absolutely swear to its Absolute
Sincerity.

       My Signature Is My Notary, Making this
A Binding And Legal Document
         By Athority of the 14th Amendment
And the 6th Article of Federal Law.

                    Rocky Ann        3-15-22
                    Rocky Annor      date

P.S.  I DO WISH TO File Formal Criminal
Charges.

Rocky Arnold    37 TAC 283.3    P. Look

Post Script: The Crimes I've described herein are Actual + Factual Felony(ies): Unwilling Induction into An experimentation/Research/Medical Program Is "Forced Labor", ~~tot~~ (18 USCS 1589). It's Also, "~~Introduct~~" "Induction into Slavery." (18 USCS 1583) Which Also Under that title, would Allow for the Charging of the "Obstruction" of the enforcement of that title, which carries Up to 30 Years In Prison. And It Het Crime Involves Aggravated Sexual Assault. Any term of Years May Be Applied. (VIA Conspiracy [Tex. Pen C. 1502] It does involve Agg. Sexual Assault.) See My US. Dist. Ct. Case Filed in 2020 [the Complete Complaint, Not Just the Case Summary]. I've Also Made Some letters or A Report on it in My Jail Grievances + Req's.) It's All Now Covered Now, But It's Still Occur. I'm Not Allowed By Officers To Move/Change Housing/Classification. Even When I've Been Assaulted W/ Weller 3 times. While I've Slept. I've Been Assaulted 3 times By Inmates + 2-3 times By Guards as Well. I've Had $30.00 In Commissary Stolen, and Legal work Stolen twice. Other inmates get moved for having Verbal Altercations. Yet I'm Not Afforded the equal Right + Protection even when there's more Serious Actual Crimes + Heinousness Committed Against Me.    Rocky Arnold   3-15-22
                                          Rocky Arnold   date

Rocky Hanna Clem the EEOC + the U.S. Dist. Ct. @ 515 Rusk Houston Tx 77002

O-AB1

Certificate of Svc. for "Petition of Rocky Hanna To File + Pursue formal Criminal Charges agst. State for 'Forced Labor', 'Benefitting from the Buying and Selling of Persons,' + 'Involuntary Servitude' + 'Slavery'"

I Rocky Hanna Swear Under the Penalty of Perjury that on 3-7-22 a true + correct Hard Copy of this doc. (name stated above) was mailed to 1) the Clerk of the 248th Ct. of Harris County Tex. 1201 Houston Tx. 77200 Franklin, Houston TX 77002; + In a Separate envelope Another Copy to 2) the Judge of the 248th Dist. Ct. @ 1201 Franklin, Houston Tx. 77002
(See # 3940 CL-2-12-21)

Both envelopes were handed by me To Co Oberson @ 3:50 pm for delivery.

My Signature Rc my Notary making this a legal + binding doc.

As Per 42 USCS 1981 + the 6th Article of the United States Const.

Rocky Ann    3-18-22
Rocky Anna   dcls

Rocky Hushworth, Sr. Case 1720678 In the 248th Ct.
V. Rocky Henry @ X3 Priori Of Harris Co. TX /
US Dist Ct @ 515 Rusk
Houst. TX 77002

Note to the Judge - 3-6-22

I Am only Sending a few Pages of the described evidence (copy's of letters I've sent & Certificates of Service), As my mail Has A Habit of Disappearing After it leaves My Cell.

And So, I'll Bring More to Court w/me When I Come, As I don't want to lose Due to Stolen Mail, and I don't have A lot of Stationary to Make many Hand Copies.

Please Set a Delayed Time to Rule on His Request In Writing.

My Signature Is My Notary Making the A Legal And Binding Document.
As Per the 14th Amendment to the US Const. And the left Art. of Federation.

Rocky Henry  3-6-22
Rocky Henry, Sr.

Original
delivery/
Today's date
Is 3-13-22

Rocky Awad
V. The State of Tx
CEA -

O ABI
P-1049

In the United States
District Court of Texas @
515 Rusk St, Houston TX
77002

"Written Petition of Rocky Awad To File And Persue Formal CRIMINAL Charges Against the State For "Forced Labor", "Beneficiting from the Buying and Selling of Persons", "Involuntary Servitude" & "Slavery."

First - Must Note Laws

18 USCS 1589 - (a)(3)+(4) - Forced Labor
(a) - Whoever knowingly Provides or obtains the Labor or Services, of a Person, By Any one of, Or A Combination of the Following Means, —
... "(3) - By Means of Abuse, or threatened Abuse of Law or Legal Process..." or...
(4) - By Means of Any Plan or Pattern Intended to Cause the Person to Believe that if the Person did Not Preform Such Labor or Service that, that Person or Another would Suffer Serious Injury or Restraint.
(d) - Whoever Violates this Section Shall Be Fined Under this Clapter, Imprisoned No Longer than 20 Years. If Death Result from a Violation of this Sect. or If the Violation Includes Kidnapping, Attempted Kidnapping, Aggravated Sexual Assault, or An Attempt to Kill A Death, Shall Be Fined under this Ch. Imprisoned For Any Amount of Years, or Both.

Rocky Ann    VS    Case 018W342    Petition For Change    3-13-22
OA1S1 P. 2 of 9

18 USCS 1583 - Inticement Into Slavery

(a) - Whoever -

(1) - Kidnaps or Carries Away Another Person With Intent that Such Person Be Sold or Held As A Slave...

...(3) - Obstructs or Attempts to Obstruct, or In Any Way Interferes w/ the Enforcement of this Section... SHALL BE fined under this title, Imprisoned Not More than 30 Years..., Or Both.

...(b) - Whoever Violates this section- Shall Be Fined Under this Section, Imprisoned For ANY Term Of Years, or Both If-

(1) - The Violation Results in Death, or

(2) - The Violation Includes Kidnapping or Attempted Kidnapping, AGRAVATED SEXUAL ABUSE Or An Attempt to Commit Agravated Sexual Abuse.

AB1 P.3   ☆   O P.3 or 9   O AB1
Rocky Allen                    Pet. to File Form Clrys 3-13-22

18 USCS 1593(A) - (<u>Benefiting From Peonage, Slavery, + TRAFFICKING in Persons.</u>)

"Whoever Benefits Financially or By Receiving Anything of Value from Participating In A Venture Which Has Engaged In Any Act In Violation of this Chapter [18 USCS 1581 et. seq.] knowing or in Reckless Disregard of the Facts, That the Venture Has engaged in Such Violation Shall Be fined Under this Chapter, Imprisoned to Such Manner as a Complete Violation of Such Action.

— 18 USCS 1584 - (<u>Sale Into Involuntary Servitude</u>) (A) - Whoever knowingly + Willingly Holds to Involuntary Servitude; Or Sells into Any Condition of Involuntary Servitude Any Other Person for Any term, Or Brings W/in the United States Any Person So Held, Shall Be Fined Under this Chapter, Imprisoned Not More than 20 years.

If the Violation Results in Death,