AB1P.4

Rocky Avery

✴ 0 P.4 of 9        0 ABI

cca 1720678      Petito File Form Chrys  3-13-22

In Consideration of the Foregoing Laws, I Rocky Avery do will to File Formel Crimnel Charges Against ALL Involved In My Current State of Being a Forced And Unconscenting Subject In Experimentation \ Research \ or Medical Procedure, or Otherwise Project Involving "Directed Energy". (D.E.)

As in 18 USCS 1589 (a)(3) + (4), My Unwilling Service as Such A Subject Has Been obtained By Conspirators Working for & With the State, And Others, By Means of "Abuse of Law + Legel Process" (+ In Violate of Texa Fently Cade 81.001 + 83.001) (And Further Manufacturing of Current Charge By Mental Coercions and Other Deceptive + Deciptful Methods) To enconcerat And keep me, First, In Brazoria County Detention Center, (BCDC) for A Pieriod of 3 Years (Without Bond or Conviction.) In that time I Was Being Physically, And/or Psychologically Experimented on And/or Tortured (18 USCS 2340 + 42 USCS 2000dd) Every Single day that I Was Here, After Being Placed In Cell A10 (Prior to that Psychological Abuse Persisted As well) all of this was done Against my will. this All included Frequent And Heavy Covert Drugging's And extreme mental Assaults +

Rocky Mann ✳ ABI P. 5 of 9 O ABI

"Directed energy" Assaults (DE). (The "D.E." Assaults Did seem as Most Medical Procedure or Treatment And Conspirators Implied that It was used, to Rid me of Cancer. But, At Times It was also Used to Inflict Severe Pain, this severity, would Occur Mostly At night, to the Point that It Had me Screaming every Night "Please! Stop! It Hurts!" Or something to that effect. And this Combined with the "Drugging" Is "TORTURE" (18 USCS 2340) By Legal Detention. (Note the Drugging & "DE" Started After Being Housed In Cell "A10", And Continued Every Single Day of My Incarceration After that "In that facility) It Also Persued And Followed Me to "AUSTIN STATE HOSPITAL" (ASH) Where the "D.E." Was Non-Existent MY First Stay But the Mental Assaults Persisted. On My Second Commitment Here & third the Mental ASSAULTS Persisted, And The D.E. was Present as Well, though Much Less Intence than It was At Brazoria County Detention Center. (On My Second Stay Here I Could literally Pin-point one Source Of the D.E. as Being from A Particular Piece of Furniture that Would Vibrate lightly, For No Reason with No Real explination For the Cause. If You Would Sit a Glass of water on that Piece of Furniture You Could

Rocky Hardie   AB1 Pice of 9        0 AB1            9:8 3-22-22

Literuly See the Vibration By the Ripples, it
would Come to the water.    Yes there were
Other Witnesses to His Phenomenon But im
Unsure If they would Testify for fear of Loosing
their Job, or they my Have Been Conspirator
as well.  But they dued See the water Ripples,
And Felt the table Vibrating themselfe
When I Brought It to their Attentione)
(I Could feel the Pits, emitting From the
   Furneture, and Hitting me In my Skin, and
Ankles mostly). All of these facities Have
Followed me to Harris County Jail as well.
Coupled Now With  18 USCS 1512+1513+1514
Violations as well Tex. Pen. C. 36.06+36.05
(Retoliction\obstruction\witness Tampering)
At Both facilitys (Seemingly) there was Major
Mail Crimes Occurring (Still) Here at Harris
Co.  (18 USCS 1701-1702+1708-1709) at
Both Institutions.  Mojor Violations of My
Civil Rights/Conspiracy Against/and By
Degradation of (18 USCS 241-242 & 42 USCS 1985+
Tex. Pen. C 37.04 & Violetions)
         (And Now I do Understand Saying
that I Experienced Part of this At A
Mental facility (Asit), Does Not Help My
Credibility As Witnesse.  But Consider
& Bare in Mind, I've Filed Other Cleim
Of  "NON-EMPLOYEE RETALIATION By

Rocky Nova v ABI p.7 of 9 ✳ Case 1220638
O ABI
Pet to File for Clerk 3-13-22

MENTAL HEALTH FACILITY." (Texas Health
+ SAFETY Code (Ch. 135) that the State Utilized
Agencies Me to Completely Rob Me of My
Rights or DUE Process, Twice.

The Diagnosis's I've Recieved B were
gotten By Falsity, and Unscrupulous
Psychiatry, "Improper Influence" and/or
"Bribery" at a Less (Tex Penal 36.02 + 36.04)
Both times I was Denied my Constitutional
Right to Stand trial After Years Of Incarceration
+ Torture By A Prosecutor + False Finding or
Incompetency. Once, it would easy to
Prove even By A Rigged Jury, in
Brazoria County Under Jenny Tenue +
Sigen Roeclch (Clerk); Who, to My knowledge Both
Recently had An Investigation By the "Texas
Rangers Public Integrity Unit" (it do have
evidence to prove the existence of the
Investigation) For "Improper Jury Selection"
this Blatant Deprivation of My Due Process
Rights Con etter, on the First Occasion
Begging Judge — Carolyn Mirels-Johnson
To Hear, To allow me My Right to Stand
Trial . . . , I would Also like
You to Note + Mark Law 18 USC§ 1203 +
2331 — As the only Difference In my
Current Position + the Stipulations
described In 1203 — Is that

Rocky Annis

O Am P. 8 of 9 *Case 1220678 "Pet to File Loan Chrgs 3-13-22

opposed to A "3rd Party" or a "Govt" Recruiting explicit + Implicit demands a Conditions. Its been me Recieving them, to either stop seeking Justice for the Crimes Committed Against Myself + Others (which Ive Described elsewhere) OR face Unending Persecution, Prosecution, Absolute etcetera

And there is Virtually No Difference Between 2331 And what Ive Been through At all (Holding a Hostage + Domestic terrorism.)

I AM A HOSTAGE OF THE STATE AND CONSPERATORS and I do want TO FILE AND PERSUE Formal Criminal Charges Against Responsible Parties.

My Signature RE My Notary Making His A Legal And Binding Document By Authority Of the 14th Amend. to the U.S. Const. And Article of the Hobs. or Fed.

And I Do Swear Under Penalty of Perjury That the Above And Foregoing Statements Are true And Correct to the Best of My Knowledge And I Swear to their Absolute Sincerity. Rocky Annis  3-12-22

Rocky Annis  Clen

(P.S. Please See the MANY Chi. CASES FILED W/ The US Dist. Chi. Concerning Uncorrected Expendmecture

Rocky Au

ABI P. 9
or 9

X Case 1720679

Pet to File Form Chrgs 3-13-22

And "Directed Energy"

And Nch Induction Into An Exgent
Exp Personalcation / Research Progran or
Project, Or An UnwillMng Subject
Is Forced Labor    Where Is Slavery

@ The State Of Tx. Case 1720678 In the 248th Ct. Of Harris
V. Rocky Ennis      ◊ DOC X3 R1u4   Co. Tx. / US. Dist Ct Of Tx
                                    @ 515 Rusk Hou Tx. 77002

9 of 9        I Rocky Ennis Swear Under Penalty of
Perjury that A true And Correct Copy (Hand
Copy) Of Doc X3 (Which Contained only Slight
Editorial + Introductory Differences, All
Points And Ideas Preserved. Was Sent to
the Clerk of the 248th Ct., and to the Judge
Of that Same Court, In 2 Seperate
envelopes  Both Addressed 1201 Franklin
Houston Tx. 77002  On date 3-6-22
And Were Picked Up By Co Oberson
@ 3:50 Pm for USPS Delivery

       My Signature Is My Notary, Making
this A Legal And Binding document
Under the Athority of the 14th Amend.
To the US Const, + the Cld Rule of
Federalism

                              Rocky a——  3-13-22
                         Rocky Ennis   clerk
                      (Note this is a Copy,
                       Original Is Dated
                        3-6-22
Ps Note that Another Seperate Copy was mailed
In Another envelope that Wexcept was Attatched
was Above to  —— EDIT-R1A

Rocky Annis
Vs. William McCeler.   @ X3 P.16x4   For the US Dist Ct.
Of Texas @ 515 Rusk
Houston Tx. 77002

Written Charge, or Crime Against William McCeler
As Per "S.D. Tex. App. A-5" 3-5-22

I Rocky Annis Connor, And Request
the Judge Hillary Unger Follow Legal Procedure
(and New the Judge of the US Dist. Ct. As well)
Concerning "S.D. Tex. App. A-5", And I wish
to File Formal Criminal Charges Against
Atty for Defence William McCeler ~~~~
(Case 1780678 out of the 248th Ct. of Harris Co. Tx.)

(a) — Engaging in, actively + Passively, in
Conspiracy against My Rights (18 USCS 241-242)
While He kept Me Unjustly Encarcerated Now
for 10 Months,

Currently He Has —

(1) — Litterly lied to Me About the Judges
Presence In the Court Room, To deny (Unjustly)
My "Right to High Standing" (                    )

(2) — He's Been Purposely Obtrusive
Agressive, When We Have Spoken (on Certain
Occasion) to ensure Non-Agreeance of
Our Conversations. and to Cause an Unjust
Reset

And Passively

(3)-He Has Constantly + Unjustly Reset
My Court Dates for the Past 10 Months And
Has Been Absent From Court Many Times
As Well,

Rocky Winn

Exhibits — S.D. Tex Appx. A-5

O X3 P. 2of 7

(4) (4) — Never Answered Any or My Many Letters.

(5) — Never Showed Me Any State Discovery As Per TCCaP 39.14

(6) And to My knowledge Has Made No objections; He's to my knowledge, Not Adopted Any of my many Pro-Se Motions or Notices even when I've Clearly Stated I Wished Him to.

(7) (8) — He Has Practiced (Willful Blindness) Concerning Certain Criminal Cases Hat I've experienced In His Jail + Have Reported to Him. I Presented In Court to Him + the Judge On 11-1-21 with A Blackened eye And A Busted knee, Gotten By Guards + Inmates For My Having Made Report on Crimes Committed Against me... (Retaliation, Obstruction and Witness Tampering; 18 USCS 1512 + 1513 + 1514 + Tex Pen C 36.06 + 36.05 (18USCS 2340A) which Is Fellony (Since May 22 2015 I've Been Classed as A Federal Enformant under 18USCS 1573) Still to His Day Has done Nothing to Protect Me or My Rights. And Had Tech or Active Has Allowed For Further Retaliations.

(8) He Has Blatantly And Purposly Failed to Conform to the Standard of A Reasonably Competent Atty.

Rocky Harris

Case 4:22-cv-00966 S.D. Tex. Affidavit-S

OX3 P. 4 of 7

(9)(E) - He Has failed to File Motion to Quash
Charge Based on grounds of the Illegally
Gotten Charge ("Abuse of Process" in violation of
Tex. Penal C. 81.001 + 83.001) By State Conspira-
tors, the Villagomez + Others to Purpose
Official oppression (Obstruction / Retaliation for
Having Reported the Crimes Against me in
2015 (Which Lee, Police and Others were
Involved In)

(10) - He Has Unreasonably Lengthened the
Cost + Duration of the Case. By Concurrent
And Uncalled for Resets.

(11) - He Has failed to File to dismiss all Based
On the Fact That the Charge + the endictment
Is Improper / Invalid (the Corresponding
Addendum [ viol. Pact. and 1st - Misdemeanor]
WAs Completely dropped By the 1st Cts. at
Harris Co. Tx. on 7-6-21 No. Corresponding
Conviction on Charge exists Making
the "Zacharias - Felony" Stipulation of the
Current Charge + Endictment Improper and
Invalid.)

(12)(B) - Addition Is Involuntary, and Has
Implicated Himself In the Conspiracy
Against My Rights (18USCC 241-242) in
order To Cover Up the Heinous Crimes
That Have Been Committed Against Me
And Others Since 2013 (7 Years Now

Rocky Wallis

Case 1720678   S. D. Tex. M22. R-5

OX3 P.5 or 7

By Purposely Sabotaging My Case By His
Intentional Failure to Comply With His Duty
As Atty (Tex Occ Code - Duty of Atty), and
By Purposely Being Obliced + Absent to
Case Function Between Us, or By Pretending
Ignorance + Failiarate Report the Conspiracy
that He Knows its having Place, and
By Purposefully lying to me In order
to Deprive My Rights + His Frequent
Absentisiens.

(19) In 10 months, He's Purposely Failed
to Request A Bond for the Current Charge
that I may Be Further Victimized In
My Incarceration. (My Many Inmate
Grievances + Requests Should Be Looked
At... You Will See I've Been Consistently
Abused Since My Arrival at this
Jail.)

Rocky Annis                    Case 4:22cv 98    S. D. Tex #22 A-5

OX 3 P. 6 or 9

I Rocky Annis Do Swear Under Penalty
Of Perjury For the Statements Made Here In
to the Best of My Knowledge. And I Absolutely
Absolutely Swear to His Absolute
Sincerity.

My Signature to My Notary Public
This A Legal + Binding Document
As Per the 14th Amendment to the
United States Constitution + the 6th
Article Of Federation + 42 USCS 1981

Please the Unger (and New Judge at
the US DIST. Ct.) Comply W/ the Relief
Procedure layed out The "S. D. Tex App 50th
A-I" to Begin Process for Filing Local
+ Criminal Charges Against William
Maldelca.

Respectfully                3-13-22
*Certificate of Service*    Rocky Annis        date
I Rocky Annis swear under the Penalty of Perjury, and
to the best of My knowlge, That a first Correct Hand Coppy of
this doc. Containing only Slight Interpolatory + Editorial Otherwise
difference Preserving all Points +Ideas. Was sent to Be
Served on the Clerk of the 298th dist. Ct of Harris Co. Tx @ 1201
Franklin Houston Tx. 77002 on 3-7-22 Picked up By
Co. Oberson @ 3:50 PM



Rocky Ann Cole

+ U.S. Dist. Ck. @ Houston 515 Rusk
Houston Tx. 77002

O-X3 ﹛Cont﹜

Certificate of Service for — "Written Charge on
Crimes Against William Melchen As Per
"S.D. Tex. App. A-5" " — 3-5-22

I Rocky Anne Swear Under Penalty of
Perjury and to the Best of My knowledge that
A true And Correct Hard Copy Containing only
Slight Interpolatory + Editorial difference
Preserving all idea + Pointes. Will Sent to
Clerk of the 248th dist Ch of Harris Co. to Be Filed
and Checkmarac @ 1201 Franklin, Houston Tx.
77002 on 3-7-22

PUB Observed @ 3:50 Pm See
Ref entry #39 "CL-2-12-22"

(Also), the Same day By Same method (exact)
Another envelope Containing the same doc
will Sent to the Judge on the 248th Ch.
@ 1201 Franklin Houston Tx. 77002
W/ McClerk of Svc.

Rocky Annis Petitioner(?) in the Court Clerk of Harris
Co. Tx, & the US Dist Court
Here @ 515 Rusk Houst[?]
77002

Prolog

Statement of Fact ~ 3-16-22

I, Rocky Annis swear under Penilty of
Perjury to the following Statement:

ever since I make Report of the torture
of myself, and others (Agravated sexual torture)
In 2015. I Have Been targetted By
a Large Conspiratoral Conspiracy
(defined Under 15.02 – Tex Pen. C.). Hal Conantly
Utilizes Personal knowlege of my like, and
things i've Been through to Tylor Here
Harassments to My Personal understanding,
they Have gained knowlege of my person
+ Experiences By Illegal Surveillance
And Surrounding my like. But the
"Taylored" Harassments make it Very
Difficult for An Outsider to
Understand What they are saing,
If they are Present, or Observing...

I Witciled the Same thing done to
Another Victim. and I Failed to Render
Aide, Because I failed to Recognize
the Horrible Mental Assult they
Were seriesly Conducting against
Him... Hal Same 80 somthing Year
Old Man W/ Parkinsons, Hal

Rocky Franks Short Fall 3-16-22 Pg 20 xB

His Quality of Life, Dignity as a Person
and Piece of Mind Stolen. I witnessed it,
I will testify to it.

I didn't Recognize the factors
Because of the Scired way in which they
Are "Taylored" to the Victims Understanding
And the covert Nature I didn't
Fully Realize what Had occured w/ Him
Until the exact Same factors were used
Cyclically ~ And they still are
Being.

the Perpetractors, who do Still
Completely Surround me. Utilize their
knowing of the PTSD I've Aquired
Due to their Victimizations to
Obstruct My legal workings By
Distractions, and "Mobbing" or
Sound Harrassments.

they Purpose House me with
People whos voices for lack of Better
word Are Annoying and utilize
them to distract and obstruct me when
I do legal works.

they also Have Hidden devices
that mointor me when i'm doing Legal

Rocky Mills    State order 3-16-22 P.3 on 5

Work. (Fly Really Clo)

It is Daily. And for Someone With PTSD. It is like Living in Hell.

Cud Have to Med evidence to Corroberate & Even Prove my Claim.

If You Have Been Investigating Q. then You Should "Lean on" the Classified Vac People, Who Have Closen my Housing locations, or the People Who Have Closen the Housing locations Of Any Who Have Been Housed W/me or Been Moved into a Cell I was in While I was there. Because these Housing Assignments Have Been Purposeful and Intended to Further todmy, torace, and Violance me.

In 2015, I was Drugged Heavily And Held Hostage in my Home for 3-4 days. And Tortured By Electrition on law. (18 USCS 2340 + 42 USCS 2000 dd) It was Sexual in Nature Cud Gynecutical I was forced to watch A Sex Act Carried Out On A Person

Rocky Craig   Stirostall 3-16-22   P.4 of 5.

Held I Can For Deadly, this Person
Afb the time was 68 Years old and
And Had COPD. She Is Now 75 years
of Age, And Because of extreme + Complex
trauma, Has succumed to a what seems
to Be A Poor or "Stockholm" Syndrome
She will Not Be Longer About Wats
Happened. And likely will Not feel any
even since I Made Report to the
FBI — In May Of 2015 I've Been experi-
experiencing the Harrasment Described
(and others) Led It even occuring
as I write this letters.
            I do expect Viable Retaliation
even. (As its Already Happened
Close to 6 times.)

these People Are Bad People.
        They will smile at you to fool the
Cameras, while they Plot against you
After which they Did to US,
which they are doing Now,
    Slow Him torture Acc as
Monstrous.

Rocky Annis Statement of Facts 3-16-22   P. 5 of 5

I Rocky Annis, Swear To The Honest
And Absolute Sincerity On This
Document.

I Am Innocent On This Referenced
Charge Against me.
  If these Cowards kill me,
make sure they get the
Death Penalty would not You?
I Am A Federal Informant
By Definition found In 18 USCS 1513
A murder — Should Be Considered
Capitol.
       Guilty & Innocent,

My Signature & my Notary
makes this A Legal And
Binding document. By Authority
On 42 USCS 1981
            Rocky Annis        3-__-22
            Rocky Annis         Date

Rocky Annis

In the 245th Ct. On Removal
Cocket 72002, & the US. Dist Ch
Of Texas @ 515 Rusk Houston Tx
72002

Retool

Statement of Fact - 3-17-22

I Reported Crimes of State officials & Police
Since 2015. And I'm Currently Being Retaliated against by
Authorigy. I AM INNOCENT, of th Charges Brought against me.
They been gotton By Fabrication, "Abuse of Process" and
other deceitful Methods of State and other Conspiredors.
That do Harrass me Covertly daily. They Use
Specific knowlege of A Personal Nature, too of
My Medical/Psychological Condition (the Real one)
PTSD, (which they Are Aware I Have). To torment
me By Mobbing tactics. And the guards do
encourage them, And the guards do, Leak
Certain info. To th Inmates, In order to
Help Prevent the discovery of Conspiracy.
they adjust their actions accordingly.
An Investigation of Who Picked My housing
locations Should Be done, As they Have Been
Purposed for Victimization. (18 USCS 2340 +
241+242+1512-1513+1583+1589+Tex. Pen C. 3605 +
3606 +42 USCS 2000dd and So many others,)
* Unsworn declaration* I Rocky Annis Swear Under
Penilty of Perjury, tôth truth and Absolute Sincerity
Of this document. My Signature is My Notary
Rocky Annis          3-18-22  (42 USCS 1981)
Rocky  Annis       date

Rocky Annis   Cocic _____   In the United States dist
                                         Co. @ 515 Rush
                                         Houston Tx. 77002

Statement of Facts  3-17-22

On this day, Shortly after Chow was served
Aprox 6:30.Pm   An Inmate Who Has Been
An "Antagonist" for Some time.

Started Loudly Making Remarks Referring
to   "I'm going to Fuck Your Momma" &c
they do know, What I've experienced, And
How My Mother was Sexually Assaulted in
Front of me, in 2015.  I imagine this
Terrible Remark was made to Mentally destabilize
and Attempt to goad me into Acting out.

I suppose, they still want to Justify false
charges, &.

His Remarks was on Purpose.
And Said as Loudly as it was,
Of A "Yell" Nearly, to Make sure I
Heard it.

I don't know any of these People.
But, they Are Agents, they Are in "Confliction"
W/ the Guards Who do Steal My Mail.
But even Before the Mail theft, they were
Well aware of the Torture, and What it
Consisted of, that I And My Mother Experienced
In 2015. (all of this is their Cowardly Of
Course.  For-Plausible deniability. But
It is  All True. (My signature is my notary
Making this a legal & Binding document.
    Aprox 6:30 pm        Rocky Annis   3-17-22



**LEGAL NOTICE**

**LEGAL NOTICE!:!** - This is a Legal Mail Parcel
Addressed To "An Investigative Authority of the
UNITED STATES Government; It Contains the
Report of "Domestic Terrorism" defined By -
(18 USCS 2331) "TORTURE" (Pg-cided) defined By -
(18 USCS 2340 + 42 USCS 2000dd + Further in 22 USCS 2152)
(18 USCS 1589) + "INDUCTION Into Slavery"
"E-mail labor" (16 USCS 1589) +

**CONTAINING REPORTS OF "DOMESTIC TERRORISM"**

**The United States District Court**
Houston, Tx. 77002

3-16-22 @ 5:15 Rusk

Rocky Avalis #018411392
201 N. San Jacinto #7J2
Houston, Tx. 77002

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Rocky Avalis
SID #: 07184...
701 N. San Jacinto
HOUSTON, TEXAS 77002

aramark

United States Courts
Southern District of Texas
FILED
MAR 23 2022
Nathan Ochsner, Clerk of Court.